IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CURLEY ANTONIO EDLER,

        Plaintiff,

v.                                        3:08cv530-WS

W.L. GIELOW, et al.,

        Defendants.

_____

ORDER DENYING PLAINTIFF'S
MOTIONS FOR INJUNCTIVE RELIEF

        Before the court is the magistrate judge's report and recommendation (doc. 19) docketed May 14, 2009.  The magistrate judge recommends that the plaintiff's motions for injunctive relief (docs. 7, 8, 13, & 17) be denied.  The plaintiff has filed no objections to the report and recommendation.

        Upon review of the record, the court has determined that the recommendation should be adopted.

        Accordingly, it is ORDERED:

        1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

2.  The plaintiff's motions for injunctive relief (docs. 7, 8, 13, & 17) are

DENIED.

3.  The clerk is directed to return the file to the magistrate judge for further

proceedings.

DONE AND ORDERED this ___15th___ day of ___June___, 2009.


s/ William Stafford_____
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE