UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
__PENSACOLA__ DIVISION

## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

### PROPOSED THIRD AMENDED COMPLAINT

CURLEY ANTONIO EDLER ,
Inmate # P27035 .
   (Enter full name of Plaintiff)

vs.

CASE NO: 3.08 cv-530-WS EMT
(To be assigned by Clerk)
DEMAND TRIAL BY JURY

ASSISTANT WARDEN J. HAAS ,

CORRECTIONAL LIEUTENANT W.L. GIELOW,

CORRECTIONAL CAPTAIN A.B. JACKSON ,

CORRECTIONAL SERGEANT W.O MARTIN ,

CORRECTIONAL SERGEANT QUINN.R .

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

FORMER CORRECTIONAL SERGEANT JOEL P TAYLOR

FORMER CORRECTIONAL OFFICER C.R. NELSON

CORRECTIONAL OFFICER- SARIA

CORRECTIONAL OFFICER- RALPH BUTLER

CORRECTIONAL OFFICER- BRANTLEY

CORRECTIONAL OFFICER- STEPHENS

CORRECTIONAL COLONEL- J.K. SCHWARZ

CORRECTIONAL CAPTAIN- SCHWARZ

CORRECTIONAL NURSE - TORINO

CORRECTIONAL OFFICER- PITTMAN

CORRECTIONAL NURSE - JANE DOE

CORRECTIONAL OFFICER- JOHN DOE

### ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

Rec'd 0712*10 USDcFln3AM1123
UM

PROVIDED TO SANTA
ROSA C.I. ON

JUL 0 8 2010

FOR MAILING

I.      PLAINTIFF:

State your <u>full name</u>, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff:      CURLEY ANTONIO EDLER
Inmate Number           Y27035
Prison or Jail:         PRISON
Mailing address:        Santa Rosa C.I
                        5850 East Milton Road
                        Milton, Florida 32583

II.     DEFENDANT(S):

State the <u>name</u> of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address.  Do the same for <u>**every**</u> Defendant:

(1)     Defendant's name:      JENNIFER, HAAS
        Official position:     Assistant Warden
        Employed at:           Santa Rosa C.I.
        Mailing address:       5850 East Milton Road
                               Milton, Florida 32583

(2)     Defendant's name:      W. L. GIELOW
        Official position:     LIEUTENANT
        Employed at:           Santa Rosa C.I.
        Mailing address:       5850 East Milton Road
                               Milton, Florida 32583

(3)     Defendant's name:      A. B. JACKSON
        Official position:     CAPTAIN
        Employed at:           Santa Rosa C.I.
        Mailing address:       5850 East Milton Road
                               Milton, Florida 32583

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

2

(4) Defendant's Name: W. O. MARTIN
    Official Position: SERGEANT
    Employed at: Santa-Rosa C.I
    Mailing address: 5850 East Milton Road
    Milton Florida 32583

(5) Defendants Name: QUINN. R
    Official Position: SERGEANT
    Employed at: Santa-Rosa C.I
    Mailing address: 5850 East Milton Road
    Milton, Florida 32583

(6) Defendants Name: JOEL P TAYLOR
    Official Position: FORMER CORRECTIONAL SERGEANT
    Employed at: UNKNOWN
    Mailing address: UNK NOWN
    UNKNOWN

(7) Defendants Name: C.R. NELSON
    Official Position: FORMER CORRECTIONAL OFFICER
    Employed at: UNKNOWN
    Mailing address: UNKNOWN
    UNKNOWN

(8) Defendants Name: SARIA
    Official Position: CORRECTIONAL OFFICER
    Employed at: Santa Rosa C.I.
    Mailing address: 5850 East Milton Road
    Milton, Florida 32583

(9) Defendants Name: RALPH BUTLER
    Official Position: CORRECTIONAL OFFICER
    Employed at: Santa Rosa C.I.
    Mailing address: 5850 East Milton Road
    Milton, Florida 32583

(10) Defendants Name: BRANTLEY
     Official Position: CORRECTIONAL OFFICER
     Employed at: Santa Rosa C.I.
     Mailing address: 5850 East Milton Road
     Milton, Florida 32583

(CONTINUED FROM Page 2)

(11) Defendants Name: __STEPHENS__
      Official Position: __CORRECTIONAL OFFICER__
      Employed at: __Santa Rosa C.I.__
      Mailing address: __5850 East Milton Road__
                       __Milton, Florida 32583__

(12) Defendants Name: __T.K. SCHWARZ__
      Official Position: __CORRECTIONAL COLONEL__
      Employed at: __Holmes C.I.__
      Mailing address: __3142 Thomas Drive__
                       __Bonifay, Florida 32425__

(13) Defendants Name: __SCHWARZ__
      Official Position: __CORRECTIONAL CAPTAIN__
      Employed at: __OKALOOSA CORRECTIONAL INSTITUTION__
      Mailing address: _____

(14) Defendants Name: __PITTMAN__
      Official Position: __CORRECTIONAL OFFICER__
      Employed at: __Santa Rosa C.I.__
      Mailing address: __5850 East Milton Road__
                       __Milton, Florida 32583__

(15) Defendants Name: __TORINO__
      Official Position: __CORRECTIONAL NURSE__
      Employed at: __Santa Rosa C.I__
      Mailing address: __5850 East Milton Road__
                       __Milton Florida 32583__

(16) Defendants Name: __CORRECTIONAL NURSE__  __JANE DOE__
      Official Position: __CORRECTIONAL NURSE__
      Employed at: __Santa Rosa C.I.__
      Mailing address: __5850 East Milton Road__
                       __Milton, Florida 32583__

(17) Defendants Name: __JOHN DOE__
      Official Position: __CORRECTIONAL OFFICER__
      Employed at: __Santa Rosa C.I.__
      Mailing address: __5850 East Milton Road__
                       __Milton, Florida 32583__

(CONTINUED FROM Page 2)

## III.   EXHAUSTION OF ADMINISTRATIVE REMEDIES

**Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

## IV.   PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A.   Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
     Yes( )                    No( ✓)

1.   Parties to previous action:
     (a)   Plaintiff(s): _____
     (b)   Defendant(s): _____

2.   Name of judge: _____   Case #: _____

3.   County and judicial circuit: _____

4.   Approximate filing date: _____

5.   If not still pending, date of dismissal: _____

6.   Reason for dismissal: _____

7.   Facts and claims of case: _____
     _____

     **(Attach additional pages as necessary to list state court cases.)**

B.   Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

     Yes( ✓)                    No( )

1.   Parties to previous action:
     a.   Plaintiff(s): _____ *CURLEY ANTONIO EDLER* _____
     b.   Defendant(s): _____ *J.K. SCHWARZ, et al.* _____

2.   District and judicial division: *PENSACOLA DIVISION*
     *CHIEF JUDGE STEPHAN P. MICKLE*

3.   Name of judge: *ELIZABETH M. TIMOTHY*  Case #: *5:08-cv-8AM-*
     *5:08-cv-275 15PM/EMT*

4.   Approximate filing date: *SEPTEMBER 8, 2008*

5.   If not still pending, date of dismissal: *PENDING*

6.   Reason for dismissal: _____ *PENDING* _____

3

7. Facts and claims of case: SEXUAL ABUSE, DELIBERATE - INDIFFERENCE, EXCESSIVE FORCE, DENIAL OF MEDICAL CARE

**(Attach additional pages as necessary to list other federal court cases.)**

C. Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes( ✓ )                    No( )

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1. Parties to previous action:
   a. Plaintiff(s): CURLEY ANTONIO EDLER
   b. Defendant(s): SECRETARY WALTER A. MCNEIL
2. District and judicial division: PENSACOLA DIVISION
3. Name of judge: MILES DAVIS     Case #: 3:09-cv-185-LAC/MD
4. Approximate filing date: APRIL 28, 2009
5. If not still pending, date of dismissal: May 4, 2009
6. Reason for dismissal: PLEADING MAILED TO INCORRECT COURT
7. Facts and claims of case: PERSONAL PROPERTY LOSS, DESTRUCTION STOLEN and/or MISPLACEMENT

**(Attach additional pages as necessary to list cases.)**

D. Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes( ✓ )                    No( )

1. Parties to previous action:
   a. Plaintiff(s): CURLEY ANTONIO EDLER
   b. Defendant(s): SECRETARY WALTER A. MCNEIL
2. District and judicial division: PENSACOLA DIVISION
3. Name of judge: MILES DAVIS     Case Docket # 3:09-cv-185 LAC/MD
4. Approximate filing date: APRIL 28, 2009 Dismissal date: 5-4-09
5. Reason for dismissal: PLEADING SENT TO INCORRECT COURT

4

6. Facts and claims of case: Santa Rosa Correctional Institutions Misplacement of Personal Property of Grievance being lost

(Attach additional pages as necessary to list cases.) by Secretary F.D.O.C. at the Institution, appeal from appeal regarding Personal Property.

## V. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. Do not make any legal arguments or cite to any cases or statutes. You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. (**If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.**)

1. On or about (October 22nd 2008, at approximately 9:15 a.m.) (Central Standard time) I arrived at Santa Rosa Correctional Institution to be placed in (Close Management 2) Segregation for fulsly being charged with violations of the rules of prohibited conduct of the Florida Department of Corrections correctional System. The charges (disciplinary reports) in which my close management recommendation was based, determined was for allegedly Disobeying Order, Disorderly Conduct, Spoken threats, Disrespect to officials and Disobeying Regulations none of which was received by officials at Santa Rosa Correctional Institution but was issued by officials of Holmes Correctional Institution. I had not received nor did I arrive at Santa Rosa Correctional Institution with any disciplinary reports for any violations of (2-3 Creating a Minor Disturbance) nor did I obtain a history of creating or participating in any minor or major disturbances before my arrival into Santa Rosa Correctional Institution.

2. On or about (October 22nd 2008, at approximately 9:40 a.m.), I was physically abused by (Correctional Officer Saria) and (Correctional Officer Brantley) for my being a "Known Writ Writer" and a inmate who has a history of Disrespecting officials. I requested to speak with the Captain (shift Supervisor) immediatley after the abuse by both Correctional Officers (Saria) and (Brantley) I was "Denied" to consult with the Shift Supervisor regarding this abuse that I sustained from

5

Correctional Officers (Saria) and (Brantley). I was slammed into the wall head first where I sustained a knot on the left side of my head the size of a "Golf Ball" that caused me physical discomfort, I was punched in the ribs where I sustained redness, bruises and pain that made me limp when I walked. I was repeatedly Kicked in my chest where by (Correctional officer Brantley) who indicated while Kicking me that "Schwarz" will hear about the abuse, I sustained bruises, pain and discomfort in my chest area, where again my repeated request for medical attention was Denied and my request to speak with the shift supervisor captain was denied. I was subject to Chemical agents for writing a Grievance regarding to this abuse incident that I was subject to on or about October 22, 2008, I have reason to believe upon information and belief that Schwarz contacted Santa Rosa C.I. before my arrival and had me retaliated against for filing a Civil Rights lawsuit against him and other officials (J.K. Schwarz) use to be a Captain at Santa Rosa Correctional Institution and was associates and friends with the officials in which I now bring this Complaint against.

3. On (September 17, 2008, at approximately 9:36 a.m.) Correctional (Colonel J.K. Schwarz), Colonel for Holmes County Correctional Institution a formal employeed (who use to be employeed at Santa Rosa Correctional Institution) participated in my close management institutional classification hearing and recommended that I be sent to (Santa Rosa Correctional Institution) "where he was once employeed," for the Sole purpose of retaliation for filing the pending litigation against him and other employees. Correctional Officers (Brantley)and (Saria) couldn't have Known my Status as a "Writ Writer" or an inmate who has a history of allegedly disrespecting officials unless contact was made, "J.K. Schwarz Contacted Santa Rosa Correctional Institution and spoken with

his brother (Schwarz) who was Correctional Lieutenant of "Gulf-Dormitory" and Correctional Lieutenant (W.L. Gielow) of "Delta Dormitory", both of whom is friends and family of (Colonel J.K. Schwarz) who was Correctional Captain of Santa Rosa Correctional Institution for approximately 6-years before his promotion to Correctional Colonel who is now employeed at Holmes Correctional Institution to have me Gassed, Stripped of all my personal property, Management meal and property restriction as punishment for exerciseing my First Amendment right to freedom of speech and my right to petition the government for a redress of grievances and for filing the pending litigation against Correctional (Colonel J.K. Schwarz) whom personally Known lieutenant (W.L. Gielow) and lieutenant (Schwarz) during his 6-year encounter as Correctional Captain at Santa Rosa Correctional Institution. (Correctional Officers Brantley) and (Saria) (W.L. Gielow) knew before I arrived at Santa Rosa C.I. that I would be abused, gassed, loafed, Stripped of personal property and Clothing before I even stepped off the bus, my dorm was already picked out (Delta Dormitory) lieutenant (W.L. Gielow) dorm who has a major reputation and the talk of the Institution of the "Head ringleader for gassings", his nickname that Correctional officials given him is "Gassing Gielow", I even witnessed printed out "Comic pictures" in the medical department of Delta Dormitory of (Gielow) and an inmate dipicted on the cabinet "making jokes" of the use of Chemical agents that's being used on myself and other inmates for the unnecessary and wanton infliction of pain and physical discomfort, I asked (Correctional Sergeant Givens) to removed the comic picture he indicated that the picture is to remind inmates ~~inmates~~ who the "Head of the Gassing Gang".

4.     On or about October 23, 2008, I filed with the Warden of Santa Rosa Correctional Institution a (STATE OF FLORIDA, DEPARTMENT OF CORRECTIONS, REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL) raising the matters of my abuse to (Warden D. Ellis), I received a response to my grievance, Signed by both Grievance Coordinator and Warden D. Ellis, It was denied. I then immediately moved and filed an Appeal to the Secretary, Florida Department of Corrections utilizing form DC1-303, (STATE OF FLORIDA, DEPARTMENT OF CORRECTIONS, REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL), who has failed to issue me the computer Generated Reciept and /or a response to that Appeal regarding my abuse and property restriction, gassing and Management meal incident, that was gonna take place.

Once I arrived into Delta-Dormitory as told to me by Correctional (Colonel J.K. Schwarz) of Holmes Correctional Institution during my close management review hearing on September 17, 2008 and told to me by Correctional Officers (Brantley) and (Saria) upon my arrival into Santa Rosa Correctional Institution and before and after the physical abuse that ~~that~~ I sustained from officers (Brantley) and (Saria).

**5.** On or about October 22, 2008, Correctional Officer (Ralph Butler) forced me to sign form DC6-224, Inmate Personal Property List before I could acknowledge that all my items was listed on the property list utilized for inmate personal property. Officer (Ralph Butler) refused to let me review my property list before signing. If I did not sign the property list then my property would have been disposed of and would have been allegedly forfeited and disposed of. Even after I signed for my property it still was not inventoried in my presence. After being escorted to Delta-Dormitory after being denied due process by my personal property not being inventoried in my presence or by my not having the opportunity or being provided the opportunity to acknowledge that all my personal property would be inventoried, stored and safe guarded from loss, theft and destruction.

**6.** On or about October 22, 2008, I received certain item's of my personal property such as a (soap dish) "with no soap", (brush), (toothbrush), (religious phamplets), (1-Bible), (radio) (Headphones) (sweatshirt) (sneakers (shoes)) (socks), (T-shirt), (Thermals) (photos), (legal papers), (personal magazines), (cosmetics), (asthma inhalers) "empty asthma inhalers", (family photos), (letters) (postage stamps) and (stamped envelopes), all these items were given me on disciplinary confienment status, I never received the property reciept for the above listed items. I was allowed all the above items up until October 31, 2008, I wrote property (officer Butler) an inmate ~~requesting~~ request form (DC6-236), requesting the other 31-family photo-graphs that were missing, from my personal property, (4-Bundles of Criminal Legal Documents) that was missing from my personal property that I arrived here at Santa Rosa C.I. with. I had a criminal case under appeal and the 4-Bundles of legal Federal Criminal documents were active legal material, I received no inventory of these missing documents, I never signed any type of reciept acknowledging ~~th~~ where ~~these~~ those documents went to, nor was their any receipt filed regarding my missing 31-family photographs, in my request dated and filed to property officer (Ralph Butler) on October 23, 2008 was not responded to and a response was never returned with regards to my missing family photos.

8

and legal material, I then moved and filed an Informal Grievance on or about October 22, 2008, I never received a response to the informal grievance filed and/ or the grievance response regarding the lost of my family photographs and my Active Criminal Legal Documents, there was no further administrative remedy sought due to my being Gassed, Stripped of all my personal property and placement on management, on October 31, 2008, until January 2009.

7. On October 22, 2008, I was escorted to Delta Dormitory (Gielow Dorm) and housed in cell D-1214 with inmate Keith, Harvey who had just came off property restriction after being gassed for allegedly fighting his cellmate. Upon my entry into the cell there were no mattress on the top bunk where I was assigned, there were no pillow, sheets for my use upon my entry into the cell, my personal property was held at the officers station for 11 1/2 hours after I was placed in cell D-1214 with inmate (Keith, Harvey), after an closer inspection of the cell it was revealed by the coldness that the Window was broke and did not close all the way. there was no heat working in my cell that I shared with inmate Keith, Harvey, all I had on at the time was a State issued Blue uniform that I wore from (Holmes C.I.), I had on no socks, no T-Shirt, no boxers, no blankets, no Jacket, no mattress, I had no clothing exchange nor did I have the required comfort items that's required in the 60° or below degrees weather that I experienced in my cell, I was forced to sleep on the cold steel I was deprived comfort items. My cellmate gave me 1-sheet that did much of nothing.

8. On October 22, 2008, I repeatedly requested clothing ~~from~~ and sheets, mattress, pillow case and clothing from Delta Dormitory Sergeant (Joel P. Taylor) who is (no longer an officer of Santa Rosa Correctional Institution) he advised me that I would be provided comfort items within 24 hours, from approximately 11:40 a.m., until October 24, 2008, at approximately 2:45 a.m. I was without comfort items, ~~and my personal~~ I informed both (Lieutenant W.L. Gielow) and (Schwarz) of G Dormitory that I was provided no comfort items from October 22, 2008, until October 24, 2008, both officials denied knowledge of my being without comfort items, a Formal Grievance was filed directly to ~~ee~~ the Secretary, F.D.O.C. regarding the cells condition (broken window) and no (running heat) the grievance was never responded to, a receipt was returned but no response was received and no action was taken with regard to the broken window and no heat. The cell was so cold I couldn't even sit or stand still because of the cold air coming through the broken cell window which forced me to stand up and

9

pace the floor all night for more than 24-hours, my legs was sore my head was pounding with a migrain headache that I sustained from the abuse from officials (Brantley) and (Saria) on October 22, 2008 upon my entry into Santa Rosa C.I., again all my medical emergencies were denied by Gielow, Schwarz, Taylor, and Nelson Taylor.

9. On the morning of (October 31st 2008 at approximately 9:30 a.m.) (Correctional Officer C.R. Nelson) and an unidentified (John Doe) official approached cell D-1214 and removed my cellmate from the cell after telling him to pack his personal property, I was on the top bunk in cell D-1214 asleep when I heard to inmate Keith, Harvey call my name to wake me up to let me know they were moving him. My cellmate Keith, Harvey was removed from the cell so that I can be gassed, stripped, and placed on management meals. There were no other reasons for my cellmate to be removed from the cell we shared for approximately 8 days, me and my cellmate got along good we didn't argue, fuss, fight or anything of the sort; he was removed from the cell so he couldn't witness the staged disturbance by Correctional officer (Pittman) and Correctional Officer (C.R. Nelson) who staged the alleged disturbance so that I can be gassed for my prior filings of lawsuits against Colonel (J.K. Schwarz) who was employeed with Santa Rosa Correctional Institution as Correctional Captain for approximately 6 years, who is personally known by the defendants listed herein this civil rights complaint, and for my exercising my First Amendment right to freedom of speech and my right to petition the government for a redress of grievances.

10. On (October 31st 2008 at approximately 10:35 a.m.) I was asleep on the top bunk after my cellmate Keith, Harvey was packed up and removed from cell D-1214, I was in the cell alone it was very quid quiet no other inmates were yelling, Kicking or screaming when I was awaken from my sleep by Correctional Lieutenant (W.L Gielow)and Correctional Sergeant (W.O. Martin) who conspired and "Staged a disturbance" by simply walking to my cell door to make it seem as if the Cameras posted on the wing will see them Counseling with me about Kicking on the cell door, but I was not gassed, stripped or loafed for creating a disturbance, I was never confronted at my cell by Correctional (Sergeant W.O. Martin) or any other official for Kicking on my cell door or yelling into the wing, I was still in so much pain and physical discomfort from the abuse sustained from officials on October 22, 2008, after my arrival here to Santa Rosa Correctional

Institution to be on any door Kicking and yelling, I had no reason to be on my cell door yelling. I was awaken up from my sleep by (Gielow) and (W.O. Martin) So that I could be informed that they were sent to Gas, Strip and loaf me for (1) filing grievances regarding the physical abuse I sustained (2) filing administrative lawsuits against J.K. Schwarz who is known to all defendants listed herein this action, again I had no record of ever being a participant in any disturbance, riot etc. the alleged disturbance was used to utilize the Chemical agents and justify the property restriction and management meal to have me miss several Court deadlines and I was unable to sleep because of the coldness and the cells condition.

11. On (October 31, 2008, at approximately 11: 15 a.m.), Chemical agents was utilized into my cell, I had informed lieutenant (W.L. Gielow) and Sergeant (W.O. Martin) before the chemical agents were utilized that I had a history of (ASTHMA) and that I was diagnosed with asthma and as a asthmatic and that I was currently taking albuterol inhaler for my asthma condiction, I had an asthma attack in January 2008 at Regional and Medical center where I had to be hooked up to a breathing machine to give me oxygen to breath. I was given a verbal order (before) the chemical agents were utilized to cease my disruptive behavior on recorded camera that indicates my never being out of compliance or creating any disturbance, after the Camera was shut off the officials (W O. Martin) (Gielow) and (C.R. Nelson) exited the wing. then the following occured :

12. On (October 31, 2008, at approximately 11: 15 a.m.) when the officials (Gielow) (Schwarz), (W.O. Martin) and (C.R. Nelson) (all friends and family of Colonel J.K. Schwarz of Holmes Correctional Institution) approached my cell door and put a Chain and pad lock through the handle of cell D-1214 (my cell) and cell D-1215 (the cell next door) and opened the food portal on my cell door and administered 3-burst of OC- Oleoresin Capsicum - An inflammatory agent that Causes tearing and involuntary Closing of the eyes, nasal discharge, sneezing, disorientation and caused me serious Sensation of respiratory distress, approximately 10-minutes later Sergeant (W.O. Martin) administed 3-More burst of OC-oleoresin Capsicum into my cell directly on me without the video camera, after the last 3-burst of the chemical agents I passed out in the cell I do not remember how long I was out for but I do not remember Seeing

or hearing anyone coming into my cell to witness that my was still breathing or living, no attempts were made and my being an asthmatic patient was totally disregarded and nurse Jane Doe displayed deliberate indifference and totally disregarded my medical history of having asthma.

13. After gaining conscious again, I crawled to my cell door and pulled myself up by using the toilet and sink no sooner did I pulled myself up I observed (Correctional Lieutenant W.L. Gielow) pull a "Blue Can" from under his jacket and called for my cell door to be rolled open while the chain and pad lock was still wrapped around my handle and cell 1215 handle to keep me from coming out the cell. When my cell door opened Correctional Lieutenant (W.L. Gielow), administered 6-six burst of CS-- orthochlorbenzal Malononitrile or Orthochlorobenzylidene Malononitrile into my cell and hit me directly on my body and face, my eyes began to burn and tear I had a severe nasal discharge and skin and upper respiratory irritation.

14. These chemical agents was utilized without any hand held camera's so that the chemical agents can be utilized for more than 3-one second burst. After I was done being tortured with the chemical agents, I was then advised to come out of my cell for shower. Medical came to my cell and advised me the side effects the chemical agents can cause me, while the nurse was talking I passed out again on my cell floor and all I remember was the nurse kicking my cell door then walking off she said "He's alright".

15. After I again for the second time gain conscious I observed officer (C.R. Nelson) standing at my cell, I asked Correctional officer (C.R. Nelson) for a medical emergency because I was unable to breath and I was very weak and could not stand up at the time, my medical request was denied, I then asked for a shower and medical attention, approximately 3-minutes after my first request for medical, Correctional officer (C.R. Nelson) again refused my shower and medical request, I was then left in the cell for approximately 45-minutes after my last request for both a shower and medical attention. I was not removed from my cell to shower and see medical upon request, I was intentionally and deliberately left in my cell to suffer. There were no need for the officials to utilize the chemical agents I did not nor was I participating in any alleged disturbance.

14

16. On October 31, 2008 at approximately 1:45 p.m. - I was removed from my cell that I was gassed in D-1215 and was placed in the cold water shower for decontaminated purposes 4½ hours after the chemical agents was utilized. I did not refuse my shower when asked to come out on camera I passed out in my cell and was unbeknownst to any verbal orders to come out and shower, while standing in the shower 4½ hours later, I declared a medical emergency because I was wheezing, coughing and hyper-ventilating. (Correctional Lieutenant W.L. Gielow)(Correctional Sergeant W.O. Martin) did not seek medical officials and ordered that I be placed back into my original cell on strip, property restriction without any clothing, linen mattress blanket shoes (etc).

17. On October 31, 2008 at approximately 1:50 p.m - While standing in the shower for decontaminated purposes I observed (Correctional Lieutenant W.L. Gielow) (Correctional Lieutenant Schwarz), (Correctional Sergeant W.O. Martin) (Correctional Officer Pittman), (Correctional Officer Freeman) and an inmate close management orderly exit wing one of Delta Dormitory with all my personal inmate property that was in my possession before the chemical agents was utilized. I was not given an opportunity to sign form DC6-220 - Inmate Impounded Personal Property List, nor did (Correctional Lieutenant W.L. Gielow) (Correctional Lieutenant Schwarz), (Correctional Sergeant W.O. Martin) (Correctional Officer Pittman) and (Correctional Officer Freeman) fill out or store my perp personal property list, my personal property was removed from my cell and was not handled in a manner to safe-guard it from loss, theft, or destruction.

18. On October 31, 2008, at approximately 2:00 p.m. - I was removed from the shower by (Correctional Lieutenant W.L. Gielow) and (Sergeant W.O. Martin) and (Correctional Officer Pittman) and was escorted back to my cell, I again passed out while being escorted to my cell after being removed from the shower and began shaking and foaming from the mouth with light red blood mixed with it, Inmates in Delta Dormitory during the time of this incident was standing on their cell doors yelling, kicking and screaming trying to get the Captain or Colonel inside so that they can command I be treated and sent to

13

medical, despite of my need of immediate medical attention I was dragged into my cell by (Correctional Lieutenant W.L. Gielow), Correctional Sergeant W.O. Martin) and (Correctional Officer Pittman) and was again Denied medical attention.

19. On (October 31, 2008 at approximately, 2:30 p.m.-) (Correctional Lieutenant W.L. Gielow) and (W.O. Martin) again "Denied" my medical emergencies after I requested medical attention, I was thrown in my old cell, I had no property, no mattress, no clothing my cell was completely empty. I was placed on Strip So that I can be gassed again on the 3-11 Shift for exercising my first amendment right for freedom of Speech and petitioning the government of for redress of grievances. (Retaliation).

20. On (October 31, 2008 at approximately 3:20 p.m.) (shift change) Correctional Sergeant (Quinn R.) approached my cell D1214C in which I was housed alone with nothing inside my cell, I was laying on my cell floor **Wheezing** and **coughing** up thick yellow mucus with light red blood mixed with the mucus, I then went into a temporary blackout. Correctional Sergeant (R. Quinn) of Delta Dormitory (Supervisor) did not contact medical after it was evident that my serious medical condition needed immediate medical care and treatment I was left in the cell on the floor **Wheezing** and **Coughing**.

21. On (October 31, 2008 at approximately 3:45 p.m.) (Correctional Sergeant (Quinn R )) approached my cell and advised me to "be ready to get gassed again". (Lieutenant W.L Gielow)(Sergeant W.O. Martin) briefed Correctional Sergeant (R. Quinn) about the previous gassing incident before Shift had changed, and had told (Sergeant R. Quinn) to advised (Captain Jackson) to gas me and that I were on Strip and could not cover myself from with anything so that the chemical agents could get directly on my skin, I was placed on Strip So that I can be gased "Head Up" as the Captain Jackson (Sergeant Quinn)(W.L. Gielow) calls it.

22. On (October 31, 2008 at approximately 6:20 p.m.) I was laying on my cell floor huddled up under my table in my cell Struggling to breath and keep warm when (Correctional Captain A.B. Jackson) approached my cell door

14

and falsly accused me of Creating a Minor disturbance so that he can have Justification to utilize the Chemical agents, I informed both Correctional Captain (A.B. Jackson) and Sergeant (Quinn.R) that I felt weak and that I was wheezing real bad, I requested a medical emergency from both officials (Captain A.B. Jackson) and Sergeant (Quinn.R) who refused to seek medical officials. I was not Creating or participating in any minor or major disturbance as alleged by Correctional (Sergeant Quinn.R) or Captain (A.B Jackson), nor was I yelling obscenities into the wing or violated any of the Rules of the Florida Department of Corrections as alleged by Correctional Sergeant (Quinn.R) and (Captain A.B Jackson) who is in fact personally Known to (Colonel J.K. Schwarz) of Holmes Correctional Institution from his being employeed at Santa Rosa Correctional Institution and is fully aware of my litigation under (Edler v. Schwarz et.al. Case No. 5:08-cv-275-SPM-EMT) Correctional Sergeant (Quinn.R) and (Captain A.B. Jackson) is part of the "Gassing Gang" and uses the Chemical agents to cause inmates physical and mental discomfort in retaliation for exercising My rights under the U.S. Constitution.

23. On (October 31, 2008, at approximately 6:53 p.m.) (Correctional Captain A.B. Jackson) authorized Sergeant (Quinn.R) to administer the chemical agents into my cell without the handheld use of force Camera so that the 3-one second burst rule can be violated, while huddled under my desk in my cell in Delta Dormitory with nothing on not even boxers Correctional Sergeant (Quinn.R) administerd 4-burst of OC-orthochlorbenzal Malononitrile or Orthochlorobenzylidene Malononitrile into my cell directly on my naked body It was no place in the cell to shield myself from the Chemical agents, approximately (2)two or (3)three minutes later both Captain (A.B Jackson) and (Sergeant Quinn.R) returned to my cell and Stated "that wasn't enough", I was never up off the floor I was still huddled in the Corner of my cell under the desk Coughing, wheezing, hyperventalating. I was having a serious nasal discharge my eye's were burning and tearing upper respiratory irritation, Moments later I went into a second temporary blackout and felt nothing, when I opened my eye's I remembered nothing for approximately 5-minutes then I was hit by another 3-burst of OC Chemical agents, I could not move It was so cold in my cell without any clothing I could not feel my legs, my hands I

15

frozen, moments later Correctional (Sergeant Quinn .R ) returned with a different type of Chemical agents (CS) into my cell 4 - (2)two second burst while (Captain A.B. Jackson) holding my door open yelling more, more, more, without any handheld camera being held to capture the Unconstitutional actions of officials acting in their official capsities.

24. I heard inmates began kicking and screaming "that's enough you gonna kill him", I was then asked was I gonna come out for a cold water shower and that If I didn't cuff up when the camera came then I will be gassed on the following day by (Gielow) this statement was made by (Captain A.B. Jackson), I struggled to stand up when I did I slipped in all that gas on my floor and struck my shoulder on the desk in my cell. I was threatned that if I reported any injuries I would be left on strip until the winter ended in (2009) I was in fear for my life during this incidents that occurred (2)twice in 1-one day in less than a 24-hour period. and only after approximately 8 or 9 days of my arrival here to Santa Rosa C.I.

25. Approximately 15 to 20 minutes later I was removed from my cell and taken to medical and examined by nurse Torino who indicated that I was alright, I advised nurse Torino that I was experiencing major respiratory problems and that I have been hyperventilating, wheezing, coughing and puking up yellow mucus and that my chest and entire body ached from the beating I sustained (8) days prior to the chemical agents incident on the day of October 31, 2008, these complaints were not documented even though (nurse Torino) visual seen the Knot on my head the bruises all over my body she refusal and did not document my injuries nor did she refer me to any doctor. because she is part of the "Gassing Gang", (nurse Torino) medical personel authorized the chemical agent incident and totally disregarded my history and diagnoses with asthma.

26. On October 31, 2008, after my first medical encounter I was placed back into the cell that I was gassed in by Correctional Sergeant (Quinn) and Correctional Captain (A.B Jackson) the cell was stilled fumed

16

with the chemical agents that were unlawfully administered and used for the very purpose of causing physical, mental and emotional discomfort. Despite of the contaminated cell with it's broken window, no running heat in freezing whether I was housed back into that cell in only my boxers, I was left on strip, and there were no mattress, sheets, pillow in the cell. I had no shower slides on my feet, I sustained calouses on the bottom of my left foot for walking barefooted back in forth in my cell trying to keep warm, when I was placed back into this cell I began hyperventa-lating, wheezing and coughing because the cell was not decontaminated as required by rule anytime an inmate is subject to chemical agents. Correctional-Officer (John Doe) got on his radio and called code red or that he needed assistance because I was going into shock, I was not handcuffed before I was removed from the cell, Captain (A.B. Jackson) and Sergeant (Quinn, R) rolled my cell in which I was housed alone and drugged me from the cell and forced me to walk while I was hyperventilating, once I made it down the steps I completely passed out and Captain (A.B. Jackson) and (Sergeant Quinn, R) allowed me to fall face first busting my nose, I sustained a big knot on my forehead and suffered from continued severe migrains and had to be placed on different types of medications for my headaches one of the medications that was prescribed by the doctor caused me allergic reactions and it was discontinued.

27. On October 31, 2008, After I was dragged from my cell and passed out I was again forced to go to medical in which I was examined by nurse Torino who advised Captain (A.B. Jackson) that I needed to be placed in the infirmary (Captain Jackson) and (Sergeant Quinn) resected (nurse Torino) request to place me in the infirmary and advised her that they will not put me back on the same wing in the same cell because the other inmates will think they took me outside the cell and beat me up, (nurse Torino) did not document the knot I sustained on my forehead or the wheezing, hyperventalating and the rapid coughing, she only alleged that I was seen again but no treatment was provided and I was "REHOUSED" to another wing in Delta Dormitory and was refused by (nurse Torino) to be taken to the infirmary and be referred to a Doctor to be diagnosed for treatment in an attempt to cover up for Correctional officer A.B. Jackson who his known to be having and or caring on in a personal

17

relationship with (Nurse Torine).

28. On November 1, 2008 (Correctional Sergeant Quinn. R) approached the cell I was (REHOUSED) in until he came to work on this 1st day of November 2008, I was taken and placed back in the cell that I had been gassed in on October 31, 2008, once inside the cell Sergeant (Quinn) came all the way in my cell and eased the door closed, eased a lighter and pack of (Tops) cigarette tobacco out of his pants pocket and gave it to me and asked me to keep everything quiet. I did not take the tobacco or lighter I refused because I could have died if I smoked a cigarette because of my previous wheezing hyperventilating and coughing with no breathing treatment provided.

29. From (October 31, 2008) till (November 8, 2008), I was intentionally left in my cell (Cold cell) with no clothes except boxers without bedding, I had and was given no toilet paper, food, toothbrush, toothpaste and was without running water for 7 days no soap, towel etc, it was ice cold in my cell as low as 60 degrees, I slept on the floor huddled on the floor under the desk in my cell. Correctional/Sergeant Quinn.R) and Captain (A.B Jackson) on numerous occasions approached my cell and asked me was I "frozen yet", the other June and John Does are not listed by name who violated my United States Constitutional rights by depriving me the comfort items and hygein items that I were entitled. Sergeant(Quinn) and Captain (A.B. Jackson) did not provide nor seek me comfort items, I remember asking Correctional officers. Stephens, C.R. Nelson, Pittman and Assistant Warden J. Hass for comfort items I stopped these officials at my cell on numerous occasions requesting medical attention and comfort items and they refused regardless of the cells condition with no running heat, broken window, no water and no comfort items to shield myself from the wind that was cold enough to numb my entire body, I felt paralyzed because the cold, I then started experiencing severe phy psychological Harm, I became increasingly depressed, withdrawn, afraid and "Jumpy", I am slowly becoming emotionless. At times I cannot comprehend or accept why and what has happened to me from all the abuse that I have sustained gives me difficulties in thinking, concentrating paranoid at times when I get around an officer or see someone else get

get gassed. despite my numerous request for Comfort items from (Assistant Warden Jennifer Haas) she did not order officials to provide me with Comfort items after she was made aware that my window in my cell were broken and there were no running or working heat in my cell, I was without any clothing and remained on strip without any clothing of or property, even when I was taken off strip 7-days later I was housed in the cell with inmate Cortez, lopez alain without any clothing and mattress or linen of any kind, I was provided no clothing linen etc. until Lt. Gielow came to work on the following day to ensure that I was done writing grievances. it was freezing cold when I was placed in the cell with inmate (Cortez, Lopez, Alain), I had to sleep on just the plain steel bunk without the mattress and linen, all I had was boxers. I had no clothes or linen of any kind. I was purposely denied any linen, clothing of any kind by the (Assistant Warden J. Haas) (Lieutenant W.L. Gielow) (Correctional officer Stephens) (Correctional officer C.R. Nelson) (Correctional officer Pittman) (Captain A.B. Jackson) and (Sergeant Quinn R.).

## VI.    STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific.  Number each separate claim and relate it to the facts alleged in Section V.  **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

- FIRST AMENDMENT VIOLATION FOURTEENTH AMENDMENT and
- EIGHTH AMENDMENT VIOLATIONS :

1. FIRST AMENDMENT, SEE # 1-20 ; 20-29
2. FOURTEENTH AMENDMENT. SEE # 1-20 ; 20-29
3. EIGHT AMENDMENT. SEE # 1-29

## VII.   RELIEF REQUESTED:

State briefly what relief you seek from the Court.  Do not make legal arguments or cite to cases/ statutes.

COMPENSATORY RELIEF IN THE AMOUNT OF "2-3 MILLION U.S. DOLLARS", 1 190,000.00 IN PUNITIVE DAMAGES, $500.000.00 IN DAMAGES, THAT THE DEFENDANTS CANNOT COUNTER SUE PLAINTIFF IF THIS LAWSUIT REWARDS PLAINTIFF FOR THE RELIEF SOUGHT HEREIN. DEFENDANTS PAY ANY LIENS THAT IS AGAINST THE PLAINTIFF. Lastly that Defendants listed herein this Complaint he Sued in both their OFFICIAL and INDIVIDUAL CAPACITIES And Injunction Relief.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.

07-8 - 2010
(Date)

_____
(Signature of Plaintiff)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☑ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on: the **8th** day of **JULY** , 20**10** .

_____
(Signature of Plaintiff)

Revised 03/07

7

PROVIDED TO SANTA
ROSA C I ON

JUL 0 8 2010
CAE
FOR MAILING