IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CURLEY ANTONIO EDLER,
      Plaintiff,

vs.                                  Case No. 3:08cv530/WS/EMT

W. L. GIELOW, et al.,
      Defendants.
_____/

## REPORT AND RECOMMENDATION

This cause is before the court upon Plaintiff's "Motion for Voluntary Dismissal" (Doc. 62).

Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (Doc. 1).  By order of this court dated October 7, 2010, Plaintiff was given thirty (30) days in which to file a fourth amended complaint (*see* Doc. 56).  Plaintiff subsequently requested an extension of time, and the court extended the deadline to January 3, 2011 (*see* Docs. 59, 61).  Plaintiff then filed his motion for voluntary dismissal (Doc. 62).  Plaintiff conditioned his motion on being granted an enlargement of time in which to file his fourth amended complaint, stating that if he failed to file the complaint by the appointed date, the court should then proceed to act on his motion for dismissal. In its order dated December 16, 2010 (Doc. 63), the court did not grant Plaintiff's requested extension of February 10, 2011, but it did give Plaintiff through January 14, 2011, in which to file a fourth amended complaint, advising Plaintiff that it would hold the motion for voluntary dismissal in abeyance until January 21, 2011, at which time it would recommend granting the motion if no fourth amended complaint had been timely received.  The court further advised Plaintiff that it would provide no further notice to him of its intended action and would not entertain any additional motions to extend the period for filing the amended complaint in this long-pending action.

As of the date of this Report and Recommendation, Plaintiff has failed to file a fourth amended complaint, as directed by the court.  Plaintiff's motion for voluntary dismissal is therefore now due to be granted.

Accordingly, it is respectfully **RECOMMENDED**:

That Plaintiff's "Motion for Voluntary Dismissal" (Doc. 62) be **GRANTED** and this action be dismissed without prejudice.

At Pensacola, Florida, this 25<u>th</u> day of January 2011.


<u>/s/ Elizabeth M. Timothy</u>
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**


## <u>NOTICE TO THE PARTIES</u>

**Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only</u>. A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).**