IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CURLEY ANTONIO EDLER,

    Plaintiff,

v.                                                         3:08cv530-WS

W. L. GIELOW, et al.,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 64) docketed January 25, 2011. The magistrate judge recommends that the plaintiff's motion for voluntary dismissal be granted.

The court has reviewed the record and has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

    1. The magistrate judge's report and recommendation (doc. 64) is hereby ADOPTED and incorporated by reference in this order.

    2. The plaintiff's motion (doc. 62) for voluntary dismissal is GRANTED.

    3. The plaintiff's complaint, and this action, are hereby DISMISSED WITHOUT PREJUDICE.

    4. The clerk shall enter judgment accordingly.

DONE AND ORDERED this   24th   day of    February   , 2011.


                                            s/ William Stafford  
                                            WILLIAM STAFFORD  
                                            SENIOR UNITED STATES DISTRICT JUDGE